NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CARLOS RUBEN RIVAS, DOC #523283,  )
                                     )
        Appellant,              )
                                       )
v.                                    )    Case No. 2D17-1870
                                     )
STATE OF FLORIDA,         )
                                     )
        Appellee.            )
_____ )

Opinion filed February 22, 2019

Appeal from the Circuit Court for
Hillsborough County; Samantha Ward,
Judge.

Howard L. Dimming, II, Public Defender,
and Ivy Ginsberg, Special Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Katherine Coombs Cline,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


        Affirmed.


NORTHCUTT, LUCAS, and ATKINSON, JJ., Concur.